UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INSURANCE COMPANY,<br><br>Plaintiff/Petitioner<br><br>v.<br><br>PROTECTED INSURANCE PROGRAM FOR SCHOOLS & COMMUNITY COLLEGES JOINT POWER AUTHORITY,<br><br>Defendant/Respondent | CASE NO. 2:24-CV-06274-WLH<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD** |

Plaintiff/Petitioner Liberty Insurance Corporation ("Liberty") and Defendant/Respondent Protected Insurance Program For Schools & Community Colleges Joint Powers Authority ("PIPS") entered into a Stipulation to Set Aside Default and Enter Judgment Confirming Arbitration Award (the "Stipulation").

The Court, having considered the parties' Stipulation and finding good cause therefore, hereby ORDERS, ADJUDGES AND DECREES as follows:

1. The Arbitration Award annexed hereto as Exhibit A, issued on July 26, 2023, is confirmed in its entirety; and

2. Judgment is entered confirming the Arbitration Award annexed hereto as Exhibit A.

**IT IS SO ORDERED.**

Dated: 2/6/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE